AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**AUTUMN HEALTH CARE**
**OF ZANESVILLE, INC., d/b/a**
**AUTUMN HEALTH CARE**
**OF ZANESVILLE,**

    **Plaintiff,**

**v.**

**THE UNITED STATES**
**DEPARTMENT OF HEALTH**
**AND HUMAN SERVICES,**

    **Defendants.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:13-CV-720**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

    ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Opinion and Order filed August 6, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 6, 2013                        JOHN P. HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk